IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:21-CV-00524-D

| | |
|---|---|
| WATSON ELECTRICAL CONSTRUCTION CO. LLC, ) ) ) Plaintiff, ) ) v. ) ) CBRE, INC., ) ) Defendant. ) | **ORDER** |

THIS MATTER is before the Court on Plaintiff's Consent Motion for Leave to File Amended Complaint in the above-captioned case. The Court concludes that the Motion should be allowed.

It is therefore ORDERED that Plaintiff Watson Electrical Construction Co. LLC's Consent Motion for Leave to File Amended Complaint is hereby GRANTED. Furthermore, upon entry of this Order, Defendant CBRE, Inc.'s Motion to Dismiss is moot and thus DENIED. It is further ORDERED that Defendant CBRE, Inc. be allowed twenty-one (21) days to file its responsive pleading or dispositive motion upon the filing of the Amended Complaint. ~~Defendant CBRE, Inc.'s Motion to Seal is hereby stayed or held in abeyance pending Defendant's filing of its response to Plaintiff's Amended Complaint~~ as. The Clerk is directed to file the Amended Complaint attached as Exhibit A to Plaintiff's Motion, with exhibits.

SO ORDERED. This 14 day of March, 2022.

*/s/ J. Dever*
JAMES C. DEVER III
United States District Judge