UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-524-D

| | | |
|---|---|---|
| WATSON ELECTRICAL CONSTRUCTION CO., LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| CBRE, INC., | ) ) ) | |
| Defendant. | ) | |

The court has reviewed the record and governing law and DENIES defendant's motion to dismiss [D.E. 23]. Whether plaintiff's claims will survive defendant's inevitable motion for summary judgment is an issue for another day.

SO ORDERED. This 14 day of June, 2022.

JAMES C. DEVER III
United States District Judge